IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.               CASE NO. 4:11cr00142-01 JMM

KEVIN HAROLD LEWIS
USM #26446-009

## ORDER

Pending before the Court is Defendant's Motion to Extend Time to Report to the Bureau of Prisons to begin service of his sentence imposed on December 9, 2011. The Defendant is currently scheduled to report March 12, 2012.

For good cause shown, the motion is granted (#25 ). The Defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prison before 2:00 p.m., on April 12, 2012, as notified by the United States Marshal.

The Clerk is requested to provide a copy of the Order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS ___9th___ day of__ March __, 2012.

                                            _____
                                            James M. Moody
                                            United States District Judge